Marvin and Patricia MEWS, Appellants,

v.

CHARLIE CHAN PUBLISHING
CORPORATION,
Respondent.

No. 68317.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 9, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 15, 1996.

Richard W. Fischer, Ted Frank Frapolli,
St. Louis, for appellant.

Ethan M. Rush, St. Louis, for respondent.

Before CRAHAN, P.J., and CRANDALL
and DOWD, JJ.

*ORDER*

Appellants Marvin and Patricia Mews appeal from summary judgment entered in favor of Respondent Charlie Chan Publishing Corp. in an action for return of earnest money deposited pursuant to a real estate sales contract. On appeal, Appellants complain that the trial court erred in applying rules of contract construction, that Respondent failed to present evidence that it had performed all of its duties and obligations under the contract, and that Respondent failed to present evidence that it had complied with the contract provisions to declare a default or establish its damages. We have reviewed the briefs and the record on appeal and find no error of law. An extended opinion would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b). Respondent's motion for damages for frivolous appeal is denied.

STATE of Missouri, Respondent,

v.

Brandon KITCHEN, Appellant.

No. 67649.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 9, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 15, 1996.

Murray Stone, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Christine M. Blegen, Assistant Attorney General, Jefferson City, for respondent.

Before PUDLOWSKI, P.J., and SIMON
and HOFF, JJ.

*ORDER*

PER CURIAM.

Appellant, Brandon Kitchen, appeals from his sentences of thirty, eighteen, twenty, and thirty years, respectively, with the sentences to run concurrently, imposed following a finding of guilty by a jury of second degree murder, § 565.021(2) RSMo.1994 (all further statutory references shall be to RSMo.1994 unless otherwise noted), armed criminal action in connection therewith, § 571.015, first degree robbery, § 569.020, and armed criminal action in connection therewith, § 571.015.

We have reviewed the briefs of the parties and the record on appeal and find that no error of law appears. As we further find an extended opinion would have no precedential value, we affirm the judgment of the circuit court pursuant to Rule 30.25. A memorandum solely for the use of the parties involved has been provided explaining the reasons for our decision.